**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Joseph F. Radler, III v. Amy  Philavanh

Appellate case number:    01-19-00931-CV

Trial court case number:  2009-20542

Trial court:                      311th District Court of Harris County

      Appellant's motion to strike paragraph 7 or any other portion of Appellee's objection to referral to mediation is **denied.** Appellant's motion for sanctions is **denied.**

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date:  January 9, 2020